| Information to identify the case: | | |
|---|---|---|
| Debtor | Chando Construction LLC<br>Name | EIN: 81–3554787 |
| United States Bankruptcy Court  District of Minnesota | | Date case filed for chapter: 7   11/28/23 |
| Case number: 23–42510 – KAC | | |
| You can receive court notices and orders by email instead of U.S. Mail via these two options: | For creditors: Register for Electronic Bankruptcy Noticing at ebn.uscourts.gov. | For debtors: Register for Debtor Electronic Bankruptcy Noticing (DeBN) at www.mnb.uscourts.gov/debn  |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                         10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Chando Construction LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 2191 106th Lane NE<br>Minneapolis, MN 55449 | |
| 4. **Debtor's attorney**<br>Name and address | Joseph W. Dicker<br>Joseph W. Dicker PA<br>1406 West Lake Street<br>Suite 208<br>Minneapolis, MN 55408 | Contact phone: 612–827–5941<br>Email: joe@joedickerlaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | Patti J. Sullivan<br>1595 Selby Ave Ste 205<br>St Paul, MN 55104 | Contact phone 651–699–4825<br>Email patti@pattisullivan.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open: Monday – Friday 8:00AM to 4:30PM<br>Contact phone: (612)–664–5200<br>Web address: www.mnb.uscourts.gov<br>Date: 11/29/23 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 2, 2024 at 09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Video/teleconference *ONLY*, contact trustee for direction, see contact details above** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court
District of Minnesota

In re: Case No. 23-42510-KAC
Chando Construction LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 3
Date Rcvd: Nov 29, 2023     Form ID: 309C     Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Chando Construction LLC, 2191 106th Lane NE, Minneapolis, MN 55449-5205 |
| 63072645 | + | ADRIENNE VASSAR, 723 BAXTER STREET, CHAMPLIN, MN 55316-1501 |
| 63072646 | + | BASIL EGERMAN, 18818 BREEZY POINT DRIVE, WYOMING, MN 55092-9534 |
| 63072647 | + | BRANDON HEFFRON, 2456 HAMLINE AVENUE NORTH, ST. PAUL, MN 55113-3102 |
| 63072648 | | BRIGETTE DOUGLAS, 101 SATURN STREET NORTH, COSMOS, MN 56228 |
| 63072650 | + | CATHERINE JUUL ADN SARAH SCOTLAND, C/O SAURO & BERGSTROM, PLLC, 988 INWOOD AVENUE NORTH, ST. PAUL, MN 55128-6625 |
| 63072651 | + | CEE VANG, 618 CASE AVENUE, ST. PAUL, MN 55130-4046 |
| 63072652 | + | CHAR LIEN, 12090 MEADOWLARK BOULEVARD, BECKER, MN 55308-8844 |
| 63072653 | + | CHASE CASH, INC., PO BOX 6294, CAROL STREAM, IL 60197-6294 |
| 63072654 | + | CHAYANG XIONG, 5931 PEARSON DRIVE, BROOKLYN CENTER, MN 55429-2409 |
| 63072655 | + | CHENG HER, 1617 5TH STREET EAST, ST. PAUL, MN 55106-5408 |
| 63072656 | + | CHRIS MILLER, 2786 HELENA AVENUE NORTH, OAKDALE, MN 55128-4614 |
| 63072657 | + | CHUCK MAPES, 3163 ABERT AVENUE NE, BUFFALO, MN 55313-3689 |
| 63072660 | + | CONNIE COOK, 2172 STATION PARKWAY, ANDOVER, MN 55304-4260 |
| 63072661 | | DANIEL BREES, ESQ., 80 SOUTH EIGTHH STREET, SUITE 3850, MINNEAPOLIS, MN 55402 |
| 63072662 | + | FRED GLUNZ, 8940 VINEWOOD LANE, MAPLE GROVE, MN 55369-9125 |
| 63072663 | + | GARY AND MELANIE BERGSTADT, 2020 315TH AVENUE, ISLE, MN 56342-4500 |
| 63072664 | | GLEN KIRCHNER, 18091 234TH AVENUE NE, BIG LAKE, MN 55309 |
| 63072665 | + | INNOV8 HOME SOLUTIONS, 100 EMERSON LANE, WAUKEE, IA 50263-2100 |
| 63072666 | + | JAMES MULHERN, SR. INVESTIGATOR, MN DEPT OF LABOR AND INDUSTRY, 443 LAFAYETTE ROAD NORTH, ST. PAUL, MN 55155-4300 |
| 63072667 | + | JIM AND KATHY CHANDONNET, 10989 BLUEBIRD STREET, COON RAPIDS, MN 55433-4683 |
| 63072668 | + | KARLA BRADFORD AND SHAWN GROVE, 3338 LINCOLN STREET NE, MINNEAPOLIS, MN 55418-1454 |
| 63072669 | + | KLC FINANCIAL, 4350 BAKER ROAD, SUITE 100, HOPKINS, MN 55343-8644 |
| 63072670 | + | KRISTEN DOUVIER, 220 COUNTRY COURT, SARTELL, MN 56377-1967 |
| 63072671 | + | LARRY HEISE, 18067 234TH AVENUE, BIG LAKE, MN 55309-9638 |
| 63072672 | + | LG FUNDING, 1218 UNION STREET, BROOKLYN, NY 11225-1512 |
| 63072673 | + | MAI NGUYEN, 12759 QUADALCANAL STREET NE, BLAINE, MN 55449-6106 |
| 63072674 | + | MATT SINNA, 14773 301ST AVENUE, PRINCETON, MN 55371-3698 |
| 63072675 | + | MICHELLE NORRING, C/O ANDERSON LAW GROUP, PLLC, 1010 DALE STREET NORTH, ST. PAUL, MN 55117-5603 |
| 63072677 | + | MIKE ALLEY, 9706 302ND AVENUE NW, PRINCETON, MN 55371-3675 |
| 63072679 | + | MTZ CONSTRUCTION, LLC, AND RIGO MARTINEZ, 221 OLD HWY 8 SW, NEWBRIGHTON, MN 55112-7775 |
| 63072680 | + | NICK HENKE, 415 FAIR AVENUE WEST, MORA, MN 55051-1737 |
| 63072681 | + | NICK MILLER, 1302 LINDEN STREET WEST, STILLWATER, MN 55082-4617 |
| 63072682 | | PARTS MIDWEST, INC., 25112 2ND AVENUE, ST. CLOUD, MN 56301 |
| 63072683 | + | PC LAW, LLC, 12076 92ND AVENUE NORTH, MAPLE GROVE, MN 55369-3965 |
| 63072684 | + | QUINLIVAN & HUGHES, PA, PO BOX 1008, ST. CLOUD, MN 56302-1008 |
| 63072685 | + | RACHEL NEELY, 4843 KAREN PLACE, WHITE BEAR LAKE, MN 55110-2948 |
| 63072686 | + | RICH SMITH, 5197 140TH STREET, GLENCOE, MN 55336-8025 |
| 63072687 | + | RYAN CRAMER, 1161 BUSH AVENUE, ST. PAUL, MN 55106-3903 |
| 63072688 | #+ | SASHA ASHMORE, 26943 140TH STREET NW, ZIMMERMAN, MN 55398-8767 |
| 63072690 | + | SCOTT FOX, 30125 97TH STREET, PRINCETON, MN 55371-8315 |
| 63072689 | + | SMALL BUSINESS ADMINISTRATION, 330 2ND AVENUE S, SUITE 430, MINNEAPOLIS, MN 55401-2224 |
| 63072692 | + | TERRY NEMOROV, 9911 301ST AVENUE, PRINCETON, MN 55371-3343 |
| 63072693 | + | TESHA MUSTAIN, 5020 EDINBURGH WAY, BIG LAKE, MN 55309-8271 |

Case 23-42510   Doc 4   Filed 12/01/23   Entered 12/01/23 23:32:58   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2023 | Form ID: 309C | Total Noticed: 60 |

| | | |
|---|---|---|
| 63072694 | + | TREVOR LONG, 7817 SUGARLOAF TRAIL, BROOKLYN PARK, MN 55444-1934 |
| 63072695 | + | VCA PINERIDGE ANIMAL HOSPITAL, 2172 STATION PARKWAY, ANDOVER, MN 55304-4260 |
| 63072696 |   | VOX FUNDING, 14 EAST STREET, FOURTH FLOOR, NEW YORK, NY 10017 |
| 63072697 | + | YENG ZIONG, 1707 STANICH PLACE, MAPLEWOOD, MN 55109-4703 |
| 63072698 | + | YVETTE GRAY, 4345 18TH AVENUE SOUTH, MINNEAPOLIS, MN 55407-3343 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: joe@joedickerlaw.com | Nov 29 2023 21:46:00 | Joseph W. Dicker, Joseph W. Dicker PA, 1406 West Lake Street, Suite 208, Minneapolis, MN 55408 |
| tr | + | EDI: BPJSULLIVAN.COM | Nov 30 2023 02:40:00 | Patti J. Sullivan, 1595 Selby Ave Ste 205, St Paul, MN 55104-4528 |
| smg | + | EDI: MINNDEPREV.COM | Nov 30 2023 02:40:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Nov 29 2023 21:46:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Nov 29 2023 21:46:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63072649 | + | EDI: CAPITALONE.COM | Nov 30 2023 02:40:00 | CAPITAL ONE SPARK, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 63072658 | + | EDI: CITICORP | Nov 30 2023 02:40:00 | CITICARD, PO BOX 9001037, LOUISVILLE, MN 40290-1037 |
| 63072659 | + | Email/Text: shelias@thecitizensbank.net | Nov 29 2023 21:46:00 | CITIZEN BANK, PO BOX 2156, BATESVILLE, AR 72503-2156 |
| 63072691 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Nov 29 2023 21:46:00 | STATE FARM BANK, ONE STATE FARM PLAZA E-6, BLOOMINGTON, IL 61710 |
| 63072676 | | Email/Text: loanops-ic@midwestone.com | Nov 29 2023 21:46:54 | MIDWESTONE BANK, 102 CLINTON STREET, IOWA CITY, IA 52240 |
| 63072678 | + | Email/Text: Loni.Delmonico@state.mn.us | Nov 29 2023 21:46:00 | MN DEPT OF LABOR AND INDUSTRY, CONTRACTOR RECOVERY FUND, 443 LAFAYETTE ROAD N, ST. PAUL, MN 55155-4300 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 29, 2023 | Form ID: 309C | Total Noticed: 60 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph W. Dicker | on behalf of Debtor 1 Chando Construction LLC joe@joedickerlaw.com joyce@joedickerlaw.com;g27995@notify.concompass.com;dicker.josephw.b129594@notify.bestcase.com |
| Patti J. Sullivan | patti@pattisullivan.com mn11@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3