**Joseph W. Dicker, P.A.**
*attorney at law*
Suite 209
1406 West Lake Street
Minneapolis, MN  55408
Phone:  (612) 827-5941
Fax:  (612) 822-1873
Email:  joe@joedickerlaw.com

December 13, 2023


TO:   All parties-in-interest.

     RE:   **Chando Construction, LLC**
           **BKY No. 23-42510**

Dear Sir or Madam:

**Please take notice,** that the Meeting of Creditors originally set for January 2, 2024, has been rescheduled as follows:

|  |  |
|---|---|
| Date: | January 5, 2024 |
| Time: | 1:00 p.m. |
| Location: | Video/Teleconference Only |
|  | Contact Trustee for Direction: |
|  | Patti J. Sullivan 651-699-4825 |

Very truly yours,

**Joseph W. Dicker, P.A.**


  /e/ Joseph W. Dicker
Joseph W. Dicker

cc:   Clerk of U.S. Bankruptcy Court