**Joseph W. Dicker, P.A.**
*attorney at law*
Suite 209
1406 West Lake Street
Minneapolis, MN  55408
Phone:  (612) 827-5941
Fax:  (612) 822-1873
Email:  joe@joedickerlaw.com

January 22, 2024

TO:   All parties-in-interest.

    **RE:   Chando Construction, LLC**
    **BKY No. 23-42510**

Dear Sir or Madam:

**Please take notice,** that the Meeting of Creditors previously set for January 24, 2024, has been rescheduled as follows:

    Date:       February 15, 2024
    Time:       11:00 a.m.
    Location:   Video/Teleconference Only
                    Contact Trustee for Direction:
                    Patti J. Sullivan 651-699-4825

    Very truly yours,

    **Joseph W. Dicker, P.A.**


     /e/ Joseph W. Dicker
    Joseph W. Dicker

cc:   Clerk of U.S. Bankruptcy Court