**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: CHANDO CONSTRUCTION LLC,            Bky Case No. 23-42510-KAC
                                                                  Chapter 7

             Debtor.

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT
## VERIFIED STATEMENT AND ORDER

Patti J. Sullivan, pursuant to Rule 2014 verifies and states as follows:

1. Applicant has been appointed trustee in the above referenced case.

2. Applicant believes that the employment of an accountant is necessary to represent or assist trustee in carrying out the trustee's duties as follows: to assist the trustee with the preparation of required fiduciary income tax returns, analysis of the debtor's pre-petition income tax situation, and any other accounting services as required by the trustee.

3. Wesler & Associates, CPA PC, PO Box 19016, Kalamazoo, MI 49019, telephone number (269) 482-1015, is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: Up to $295 per hour for CPA and $175 per hour for support staff. Expenses to be billed at actual cost.

5. Said professional has disclosed to the undersigned that it has the following connections with the debtor, creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee: None, except that Wesler & Associates, CPA PC formerly known as Trustee Resource Group has provided accounting services to this trustee and other Chapter 7 panel trustees in unrelated cases.

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: Trustee is not qualified to perform accounting procedures.

     WHEREFORE, Applicant prays that the Court approve such employment by the trustee.

Dated: February 28, 2024

                                                          s/ Patti J. Sullivan
                                                          Patti J. Sullivan, Trustee, #170124
                                                          1595 Selby Avenue
                                                          Suite 205
                                                          Saint Paul, MN 55104
                                                          (651) 699-4825
                                                          patti@pattisullivan.com

MN-252

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  CHANDO CONSTRUCTION LLC                    Bky Case No. 23-42510-KAC
                                                                                                Chapter 7



                          Debtor

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

    I, Cheryl G. Wesler of Wesler & Associates, CPA PC, the professional named in the Application for employment on behalf of the above-named Bankruptcy Estate, declare under penalty of perjury the following:

1. I and Wesler & Associates, CPA PC do not hold or represent any interest adverse to the estate and are disinterested as required by 11 U.S.C.§ 327.

2. I and Wesler & Associates, CPA PC do not have any connections to the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any other person employed in the offices of the United States Trustee, except for the following: None, except that Wesler & Associates, CPA PC formerly known as Trustee Resource Group has provided services to this trustee and other Chapter 7 trustees in unrelated matters.

Dated: __February 28__, 2024                    Wesler & Associates, CPA PC

                                                                            Cheryl G. Wesler
                                                                            Wesler & Associates, CPA PC
                                                                            PO Box 19016
                                                                            Kalamazoo, MI  49019
                                                                            (269) 482-1015

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:   CHANDO CONSTRUCTION LLC | Bky Case No. 23-42510-KAC<br>Chapter 7 |
| Debtor | |

**DECLARATION REGARDING ELECTRONIC FILING AND**
**UNSWORN CERTIFICATE OF SERVICE**

I, Susan M. Tschann, declare that on February 29th 2024, I caused the following documents:

Application for Approval of Employment of Accountant, Verified Statement and Order

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to the rules of ECF and this constitutes notice pursuant to Local Rule 9006-1(a).

I further certify that on February 29th 2024 I e-mailed a copy of the foregoing documents to each entity named below at the e-mail address stated below for each entity:

Sarah.J.Wencil@usdoj.gov

And, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: February 29th 2024

                                                        s/Susan M. Tschann
                                                        Susan M. Tschann
                                                        Sullivan Law Firm, P.A.
                                                        1595 Selby Avenue
                                                        Suite 205
                                                        Saint Paul, MN  55104
                                                        (651) 699-4825
                                                        susie@pattisullivan.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:   CHANDO CONSTRUCTION LLC

Bky Case No. 23-42510-KAC
Chapter 7

Debtor

## **O R D E R**

The trustee's Application to approve the employment of Wesler & Associates, CPA PC, as the trustee's accountant came before the Court.

Based on the Application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved.

Dated:  _____

_____
Katherine A. Constantine
Chief United States Bankruptcy Judge