**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 23–42510 – KAC
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chando Construction LLC

2191 106th Lane NE
Minneapolis, MN 55449

Social security/Taxpayer ID/Employer ID/Other Nos.: 81–3554787

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 4/7/25 , or, for governmental units, within 180 days from the date of the Order for Relief or 4/7/25 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 1/2/25

                                        Tricia Pepin
                                        Clerk, U.S. Bankruptcy Court
                                        301 Diana E. Murphy U.S. Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN 55415

                                        BY: admin
                                        Deputy Clerk

mnbflclm 10/14