## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:   CHANDO CONSTRUCTION LLC,<br><br>Debtor. | Bky Case No. 23-42510-KAC<br><br>Chapter 7 Case |

## ORDER

This case is before the court on the motion of Patti J. Sullivan, trustee, for an order approving the settlement reached between the trustee and Cardinal Financial Company, Limited Partnership [Doc 43]. Based on the record and there being no objection,

IT IS ORDERED:

The settlement is approved.

Dated: *April 10, 2025*

*s/ Katherine A. Constantine*
Katherine A. Constantine
Chief United States Bankruptcy Judge